## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 6:07-cr-107-Orl-28UAM

**RICARDITO VASQUEZ**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Fritz J. Scheller |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | David Salce |
| **DATE/TIME:** | April 14, 2008 10:10-10:50 a.m. | **INTERPRETER:** | None |

### CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 1035)     Granted.

IMPRISONMENT:   42 Months.

Court Recommends:   That defendant be incarcerated at an institution within the State of Massachusetts and that defendant receive substance abuse counseling while incarcerated.

Supervised Release:   5 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Community Service Program:   Perform 150 hours in lieu of paying a fine.

   Cooperate in the collection of DNA, as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

Forfeiture pursuant to:   Preliminary Order of Forfeiture.

DISMISSED COUNTS:   Original Indictment is dismissed on the motion of U.S. Attorney.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal.